IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ARTHUR BRENNAN MALLOY, #101329,   )
                                  )
    Plaintiff,                    )
                                  )
v.                                )  CIV. ACT. NO. 2:18cv974-ECM
                                  )            (WO)
ALABAMA BOARD OF PARDONS          )
AND PAROLES, *et al.*,            )
                                  )
    Defendants.                   )

**OPINION and ORDER**

On January 15, 2019, the Magistrate Judge entered a Recommendation recommending that the motion for leave to proceed *in forma pauperis* be denied and this case be dismissed without prejudice for the Plaintiff's failure to pay the full filing fee upon initiation of this case. (Doc. 3). On January 28, 2019, the Plaintiff filed objections to the Recommendation. (Doc. 4). The Court has carefully reviewed the record in this case, the Recommendation of the Magistrate Judge, and the Plaintiff's objections. Accordingly, upon an independent review of the file in this case and for good cause, it is

ORDERED as follows that:

1. the Plaintiff's objections be and are hereby OVERRULED;

2. the motion to proceed *in forma pauperis* be and is hereby DENIED;

3. the Recommendation of the Magistrate Judge be and is hereby ADOPTED; and

4. this case be and is hereby DISMISSED without prejudice.

DONE this 22nd day of March, 2019.

       /s/ Emily C. Marks
      EMILY C. MARKS
      CHIEF UNITED STATES DISTRICT JUDGE